IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Criminal No 4:21-CR-221 ALM/CAN |
| § | |
| ENRIQUE CASTILLO, JR. (01) § | |

### ORDER ADOPTING REPORT AND RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency. The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent because Defendant is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that Defendant, Enrique Castillo, Jr., is competent. The speedy trial time is excluded from August 3, 2021 until the date of this Order.

SIGNED this 29th day of December, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE