## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NUMBER 4:21CR221 ALM/CAN** |
| | § | |
| | § | |
| **ENRIQUE CASTILLO, JR. (1)** | § | |

### AMENDED ORDER GRANTING DEFENDANT'S MOTION TO REOPEN DETENTION

Having considered Defendant's Motion for Detention Hearing (Dkt. 264), the motion is hereby **GRANTED**.

It is therefore **ORDERED** that the matter of Detention is reopened, and Detention Hearing is set Wednesday, March 23, 2022, at 10:00 a.m., before the undersigned.

**So ORDERED and SIGNED this 21st day of March, 2022.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE